lodged prop ord

**FILED**
CLERK, U.S. DISTRICT COURT
MAY 10 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**ORIGINAL**

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
WENDY L. WEISS, AUSA
Chief, Civil Fraud Section
DAVID M. HARRIS
Assistant United States Attorney
California State Bar No. 145173
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8817
    Facsimile: (213) 894-2380
    E-mail: David.M.Harris@usdoj.gov
STEWART F. DELERY
Acting Assistant Attorney General
MICHAEL D. GRANSTON
ALAN E. KLEINBURD
BENJAMIN C. WEI
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-2875
    Facsimile: (202) 307-3852
    E-mail: Benjamin.C.Wei@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| [Seal], | No. CV 10-7409 PA (AJWx) |
| Plaintiffs | NOTICE OF ELECTION BY THE UNITED STATES OF AMERICA TO DECLINE INTERVENTION |
| v. | |
| [Seal] | **FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. SECTION 3730 (b)(2)** |
| Defendant. | |
| | [Lodged Concurrently Under Seal: [Proposed] Order re United States' Election to Decline Intervention and Unsealing of Complaint] |

```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  LEON W. WEIDMAN, AUSA
    Chief, Civil Division
 3  WENDY L. WEISS, AUSA
    Chief, Civil Fraud Section
 4  DAVID M. HARRIS
    Assistant United States Attorney
 5  California State Bar No. 145173
         Room 7516, Federal Building
 6       300 North Los Angeles Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-8817
         Facsimile: (213) 894-2380
 8       E-mail: David.M.Harris@usdoj.gov
    STEWART F. DELERY
 9  Acting Assistant Attorney General
    MICHAEL D. GRANSTON
10  ALAN E. KLEINBURD
    BENJAMIN C. WEI
11  Attorneys, Civil Division
    United States Department of Justice
12       P.O. Box 261
         Ben Franklin Station
13       Washington, D.C. 20044
         Telephone:  (202) 616-2875
14       Facsimile:  (202) 307-3852
         E-mail: Benjamin.C.Wei@usdoj.gov
15  Attorneys for the United States of America
```

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
MAY 10 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARIO RIZZO,<br><br>Plaintiffs<br><br>v.<br><br>HORIZON LINES, LLC, a Delaware Limited Liability Company, MATSON NAVIGATION COMPANY, INC., a Hawaii Corporation, and PASHA HAWAII TRANSPORT LINES, LLC; AAA SYSTEMS, INC., a Nevada Corporation; AALCO FORWARDING, INC., a Kansas Corporation; ABBA INTERNATIONAL, INC., a Washington Corporation; ACCELERATED INTERNATIONAL FORWARDERS, LLC, an Indiana Limited Liability Company; AIR LAND FORWARDERS, INC., a Florida Corporation; | No. CV 10-7409 PA (AJWx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES OF AMERICA TO DECLINE INTERVENTION<br><br>**FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. SECTION 3730 (b)(2)**<br><br>[Lodged Concurrently Under Seal: [Proposed] Order re United States' Election to Decline Intervention and Unsealing of Complaint] |

| | |
|---|---|
| ALL-AMERICAN FORWARDING, Inc., a Washington Corporation; ARPIN INTERNATIONAL GROUP, INC., a Rhode Island Corporation; H&B FORWARDING, INC., D/B/A AXIS INTERNATIONAL, a Maryland Corporation; BINL, INCORPORATED, a California Corporation; CARTWRIGHT INTERNATIONAL VAN LINES, INC., a Missouri Corporation; CLASSIC FORWARDING, INC., a California Corporation; COVAN INTERNATIONAL, INC., an Alabama Corporation; CRYSTAL FORWARDING, INC., a California Corporation; DESERET FORWARDING INTERNATIONAL, INC., a Texas Corporation; DEWITT TRANSPORTATION SERVICES OF GUAM, INC., D/B/A DEWITT MOVING AND STORAGE GUAM, a Guam Corporation; DYER INTERNATIONAL, INC., a Hawaii Corporation; FOREMOST FORWARDERS, INC., a California Corporation; JET FORWARDING, INC., a California Corporation; LIFT FORWARDERS, INC., an Oregon Corporation; ROYAL HAWAIIAN MOVERS, INC., a Nevada Corporation; RYAN'S WORLD, INC., a California Corporation; SENATE FORWARDING, INC., a Georgia Corporation; and, SUDDATH VAN LINES, INC., a Florida Corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

  Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2), (b)(4) and (c)(3), the United States of America ("the Government"), by the undersigned attorneys, hereby notifies the Court that the Government elects to decline to intervene and take over this action at this time.

Although it declines to intervene, the Government is entitled to receive notice of any proposed settlement or dismissal of the action, because it has the right to a hearing on any objection it may have to such a settlement or dismissal. U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994). Accordingly, the Government hereby requests that, should either the relator or the defendants propose to dismiss, settle, or otherwise discontinue this action, the Court provide the Government with notice and an opportunity to be heard before the Court rules or grants its approval.

In addition, pursuant to 31 U.S.C. § 3730(c)(3), the Government hereby requests that the parties serve the Government, through its undersigned counsel, with copies of all pleadings and papers filed in the action. The Government also requests that it be served with copies of all orders filed in the action, and all papers lodged in the action. The Government notes that 31 U.S.C. § 3730(c)(3) permits the Government to be supplied with copies of all deposition transcripts at the Government's expense, but the Government currently declines to request that it be served with deposition transcripts.

Finally, the Government requests that, of the pleadings and papers filed or lodged with the Court to date, only the following documents be unsealed and served upon the defendants: the Complaint, the First Amended Complaint, this Notice, and the Court's Order Re United States' Election to Decline Intervention and Unsealing of Complaint. All other documents currently contained in the Court's file should remain under seal and not be

served on the defendants or otherwise made public.

    Respectfully presented to the Court with this Notice is a proposed order that implements these requests.

Dated: 9 May 2012

                                    Respectfully submitted,

                                    MICHAEL D. GRAONSTON
                                    Director, Civil Fraud Section
                                    ALAN E. KLEINBURD
                                    Assistant Director, Civil Fraud Section
                                    BENJAMIN C. WEI
                                    Trial Attorney, Civil Fraud Section

                                    By: _/s/ Benjamin C. Wei_
                                           Benjamin C. Wei

                                  Attorneys for the
                                  United States of America