GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP
Wayne T. Lamprey, Bar No. 095408
   wlamprey@goodinmacbride.com
Anne Hayes Hartman, Bar No. 184556
   ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

Attorneys for Plaintiff-Relator
Mario Rizzo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. Mario RIZZO,<br><br>        Plaintiff,<br><br>v.<br><br>HORIZON LINES, LLC, et al.,<br><br>        Defendants. | Case No. 10-CV-7409 PA (AJWx)<br><br>**ORDER DISMISSING IDENTIFIED DEFENDANTS WITHOUT PREJUDICE** |

The Court, having considered the Notice of Voluntary Dismissal Without Prejudice submitted by plaintiff-relator Mario Rizzo, as well as the points and authorities submitted therewith and the Notice of Consent of the United States, and good cause appearing, IT IS HEREBY ORDERED that the following defendants are dismissed from this action without prejudice:

    AAA SYSTEMS, INC., a Nevada Corporation

    AALCO FORWARDING, INC., a Kansas Corporation

    ABBA INTERNATIONAL, INC., a Washington Corporation

    ACCELERATED INTERNATIONAL FORWARDERS, LLC, an Indiana Limited Liability Company

    AIR LAND FORWARDERS, INC., a Florida Corporation

1  ARPIN INTERNATIONAL GROUP, INC., a Rhode Island Corporation

2  H&B FORWARDING, INC., D/B/A AXIS INTERNATIONAL, a Maryland Corporation

3

4  BINL, INCORPORATED, a California Corporation

5  CLASSIC FORWARDING, INC., a California Corporation

6  COVAN INTERNATIONAL, INC., an Alabama Corporation

7  CRYSTAL FORWARDING, INC., a California Corporation

8  DESERET FORWARDING INTERNATIONAL, INC., a Texas Corporation

9  DEWITT TRANSPORTATION SERVICES OF GUAM, INC., D/B/A DEWITT MOVING AND STORAGE GUAM, a Guam Corporation

10  DYER INTERNATIONAL, INC., a Hawaii Corporation

11  FOREMOST FORWARDERS, INC., a California Corporation

12  JET FORWARDING, INC., a California Corporation

13  LIFT FORWARDERS, INC., an Oregon Corporation

14  ROYAL HAWAIIAN MOVERS, INC., a Nevada Corporation

15  RYAN'S WORLD, INC., a California Corporation

16  SENATE FORWARDING, INC., a Georgia Corporation

17  SUDDATH VAN LINES, INC., a Florida Corporation

18

19  Dated:    June 21, 2013

20

21  _____
    Judge of the United States District Court

22

23  3405/001/X152880.v1

24

25

26

27

28

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 10-CV-7409 PA (AJWx)  - 2 -  **ORDER DISMISSING IDENTIFIED DEFENDANTS WITHOUT PREJUDICE**