GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP
Wayne T. Lamprey, Bar No. 095408
   wlamprey@goodinmacbride.com
Anne Hayes Hartman, Bar No. 184556
   ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California  94111
Telephone:  (415) 392-7900
Facsimile:   (415) 398-4321

Attorneys for Plaintiff-Relator
Mario Rizzo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. Mario RIZZO,<br><br>    Plaintiff,<br><br>v.<br><br>HORIZON LINES, LLC, et al.,<br><br>    Defendants. | Case No. 10-CV-7409 PA (AJWx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

## I.   NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a) and Fed. R. Civ. P. 15, plaintiff-relator Mario Rizzo ("Plaintiff-Relator") dismisses without prejudice defendants Cartwright International Van Lines, Inc. ("Cartwright") and Pasha Hawaii Transport Lines, LLC ("PHTL"), as defendants. Neither defendant has served either an answer or a motion for summary judgment in this action.

## II.   POINTS AND AUTHORITIES

This action was filed pursuant to the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. §3730(b), and as such was originally filed under seal for 60 days, with the seal period extended a number of times on the request of the United States. Id. at §3730(b)(2), (3). During the seal period, no service was made on

defendants. Id. at §3730(b)(2). On May 10, 2013, the United States gave notice that it was declining to intervene in the action. On May 15, 2013, this Court entered an Order re United States' Election to Decline Intervention and Unsealing of Complaint (the "Unsealing Order"). On June 21, 2013, the Court dismissed several defendants without prejudice, at Plaintiff-Relator's request. (Dkt. No. 40)

On August 23, 2013, Plaintiff filed a Second Amended Complaint. (Dkt. 76) While PHTL had been named as a defendant in earlier complaints, PHTL was no longer named as a defendant in the Second Amended Complaint.

On September 16, 2013, Cartwright filed a Motion to Dismiss the Second Amended Complaint. (Dkt. No. 85) The Court denied Cartwright's motion (and the motions of the remaining defendants, by order entered October 28, 2013. (Dkt. No. 106) Prior to the Court's issuance of that order, however, Cartwright and Plaintiff had reached a settlement and agreed upon a dismissal of Plaintiff's claims against Cartwright.

The False Claims Act states that an action brought under it "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. §3730(b)(1). The Ninth Circuit has interpreted Section 3730(b)(1) to permit *qui tam* plaintiffs to request dismissals without government consent. "[T]he consent provision contained in § 3730(b)(1) *applies only during the initial sixty-day (or extended) [seal] period*." United States ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 722 (9th Cir. 1994)(emphasis added). Although consent may not be formally required in the Ninth Circuit, the Unsealing Order does state, *inter alia*, that "[s]hould any of the parties propose that this action be dismissed . . . the parties are to provide the United States with notice."

Plaintiff-Relator has provided the United States with notice of this request, as set forth in the proof of service hereto. In addition, prior to making this request, Plaintiff-Relator met and conferred with the United States regarding the proposed

dismissal, and has obtained its consent to the dismissals. Written Notices of Consent from the Government are attached as Exhibit A hereto.

This dismissal will further streamline the case and conserve private and judicial resources.

## III. CONCLUSION

For the foregoing reasons, Plaintiff-Relator respectfully requests that this Court enter the order submitted herewith, approving the dismissal without prejudice of Cartwright and PHTL as requested by Plaintiff-Relator.

Dated: November 8, 2013

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP

By: */s/ Wayne T. Lamprey*
Wayne T. Lamprey
Attorneys for Plaintiff
Mario Rizzo

## NOTICE OF CONSENT

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America ("United States") notifies the Court that it consents to the dismissal of defendants Cartwright International Van Lines, Inc. in the matter *United States ex rel. Rizzo v. Horizon Lines LLC, et al.*, Case No. CV 10-7409 (AJWx), provided that the dismissal is without prejudice as to the United States.

By: *[signature]*
BENJAMIN C. WEI
Trial Attorney, Civil Division,
Commercial Litigation Branch

MICHAEL D. GRANSTON
Director, Civil Division,
Commercial Litigation Branch

ALAN E. KLEINBURD
Assistant Director, Civil Division,
Commercial Litigation Branch

Attorneys for the United States of America

3405/001/X157096.v1

Case No. 10-CV-7409 PA (AJWx)  EXHIBIT A

## NOTICE OF CONSENT

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America ("United States") notifies the Court that it consents to the dismissal of defendant Pasha Hawaii Transport Lines, LLC in the matter *United States ex rel. Rizzo v. Horizon Lines LLC, et al.*, Case No. CV 10-7409 (AJWx), provided that the dismissal is without prejudice as to the United States.

By: *Benji C. Wei*
BENJAMIN C. WEI
Trial Attorney, Civil Division,
Commercial Litigation Branch

MICHAEL D. GRANSTON
Director, Civil Division,
Commercial Litigation Branch

ALAN E. KLEINBURD
Assistant Director, Civil Division,
Commercial Litigation Branch

Attorneys for the United States of America

3405/001/X154961.v1

**Case No. 10-CV-7409 PA (AJWx)** **EXHIBIT A**