GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP
Wayne T. Lamprey, Bar No. 095408
    wlamprey@goodinmacbride.com
Anne Hayes Hartman, Bar No. 184556
    ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California  94111
Telephone:  (415) 392-7900
Facsimile:    (415) 398-4321

Attorneys for Plaintiff-Relator
Mario Rizzo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. Mario RIZZO,<br><br>                Plaintiff,<br><br>v.<br><br>HORIZON LINES, LLC, et al.,<br><br>                Defendants. | Case No. 10-CV-7409 PA (AJWx)<br><br>**ORDER DISMISSING CARTWRIGHT INTERNATIONAL VAN LINES, INC. AND PASHA HAWAII TRANSPORT LINES WITHOUT PREJUDICE** |

The Court, having considered the Notice of Voluntary Dismissal Without Prejudice submitted by plaintiff-relator Mario Rizzo, as well as the points and authorities submitted therewith and the Notices of Consent of the United States, and good cause appearing, IT IS HEREBY ORDERED that the following defendants are dismissed from this action without prejudice:

      Cartwright International Van Lines, Inc.

      Pasha Hawaii Transport Lines, LLC.

Dated: November 13, 2013

_____
Judge of the United States District Court

3405/001/X157110.v1

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO