JOEL S. SANDERS, SBN 107234
  jsanders@gibsondunn.com
WINSTON Y. CHAN, SBN 214884
  wchan@gibsondunn.com
MATTHEW L. BERDE, SBN 260615
  mberde@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:   415.393.8306

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.

***Additional Counsel on Signature Page***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Mario Rizzo, <br><br> Plaintiff, <br><br> v. <br><br> HORIZON LINES, LLC, et al., <br><br> Defendants. | CASE NO. CV 10-7409 PA (AJWx) <br><br> **JOINT NOTICE OF SELECTION OF MEDIATOR** |

In a Minute Order dated November 5, 2013 (Dkt. 110), this Court ordered the Parties to select a mediator to act as the settlement officer in this matter.  Pursuant to that Order, the Parties have agreed that the Hon. Layn R. Phillips shall act as a mediator, and Judge Phillips has agreed to serve in that capacity.

///

///

///

///

///

///

Gibson, Dunn &
Crutcher LLP

1

1        The Parties have scheduled a mediation with Judge Phillips on February 14,

2   2014.

3        Respectfully submitted,

4   November 19, 2013            JOEL S. SANDERS
                                 WINSTON Y. CHAN
5                                MATTHEW L. BERDE
                                 GIBSON, DUNN & CRUTCHER LLP
6

7

8                                By: /s/ Winston Y. Chan
                                         Winston Y. Chan

9

10                               Attorneys for Defendant
                                 MATSON NAVIGATION COMPANY, INC.

11                               **I, Winston Y. Chan, attest that all other
                                 signatories listed, and on whose behalf this**
12                               **notice is submitted, concur in this notice's
                                 content and have authorized its filing.**
13

14   November 19, 2013           NICHOLAS C. HARBIST
                                 PAUL M. HONIGBERG
15                               ARTI L. BHIMANI
                                 BLANK ROME LLP

16

17                               By: /s/ Nicholas C. Harbist
                                         Nicholas C. Harbist
18

19                               Attorneys for Defendant
                                 HORIZON LINES, LLC
20

21   November 19, 2013           WAYNE T. LAMPREY
                                 ANNE H. HARTMAN
22                               GOODIN, MACBRIDE, SQUERI, DAY &
                                 LAMPREY, LLP
23

24                               By: /s/ Wayne T. Lamprey
                                         Wayne T. Lamprey
25

26                               Attorneys for Plaintiff-Relator
                                 MARIO RIZZO
27

28   101630374.1