GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP
Wayne T. Lamprey, Bar No. 095408
wlamprey@goodinmacbride.com
Anne Hayes Hartman, Bar No. 184556
ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

Attorneys for Plaintiff-Relator
Mario Rizzo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Mario RIZZO,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HORIZON LINES, LLC, et al.,<br><br>　　　　Defendants. | Case No. 10-CV-7409 PA (AJWx)<br><br>**STIPULATION FOR ORDER REMOVING MOTIONS TO COMPEL FROM CALENDAR PENDING SETTLEMENT**<br><br>Hearing Date:　June 23, 2014<br>Time:　10:00 a.m.<br>Place:　Dept. 690<br>Before Magistrate Judge Andrew J. Wistrich |

　　　WHEREAS, Plaintiff Mario Rizzo ("Plaintiff") filed a Motion to Compel (Dkt. No. 123), set for hearing on June 23, 2014;

　　　WHEREAS, Defendant Horizon Lines, LLC ("Horizon"), filed a Motion to Compel (Dkt. No. 128), also set for hearing on June 23, 2014;

　　　WHEREAS, Plaintiff and Horizon have reached a settlement in principle which will result in dismissal of all claims;

　　　IT IS HEREBY STIPULATED by and between Plaintiff and Horizon, by and through their respective counsel, that:

　　　1.　Plaintiff's Motion to Compel (Dkt. No. 123) may be taken off calendar.

2. Horizon's Motion to Compel (Dkt. No. 128) may be taken off calendar.

3. Any party wishing to restore its motion to the calendar, should the settlement not be finalized, shall file a renewed notice of motion.

Dated: June 17, 2014

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP

By: /s/ *Anne Hayes Hartman*
Anne Hayes Hartman
Attorneys for Plaintiff-Relator
Mario Rizzo

I, Anne Hayes Hartman, as filer of this Stipulation For Order Removing Motions To Compel From Calendar Pending Settlement, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized the filing.

Dated: June 17, 2014

BLANK ROME LLP

By: /s/ *Nicholas C. Harbist*
Nicholas C. Harbist
Attorneys for Defendant
Horizon Lines, LLC

3405/001/X163288.v1