GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP
Wayne T. Lamprey, Bar No. 095408
    wlamprey@goodinmacbride.com
Anne Hayes Hartman, Bar No. 184556
    ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

Attorneys for Plaintiff-Relator
Mario Rizzo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Mario RIZZO,<br><br>    Plaintiff,<br><br>v.<br><br>HORIZON LINES, LLC, et al.,<br><br>    Defendants. | Case No. 2:10-CV-07409-PA-AJW<br><br>**ORDER REMOVING MOTIONS TO COMPEL FROM CALENDAR PENDING SETTLEMENT**<br><br>Hearing Date: June 23, 2014<br>Time: 10:00 a.m.<br>Place: Dept. 690<br>Before Magistrate Judge Andrew J. Wistrich |

    The Court, having considered the stipulation of the parties regarding the removal from calendar of the Motions to Compel Discovery from Defendant Horizon and Plaintiff Mario Rizzo hereby grants as follow:

    IT IS HEREBY ORDERED that:

    1.    Plaintiff's Motion to Compel (Dkt. No. 123) is taken off calendar.

    2.    Horizon's Motion to Compel (Dkt. No. 128) is taken off calendar.

3. Any party wishing to restore its motion to the calendar shall file a renewed notice of motion.

So ordered.

Dated: __6/19/2014____

_____
Judge of the United States District Court

3405/001/X163328.v1