```
STEWART F. DELERY
Acting Assistant Attorney General
MICHAEL D. GRANSTON
ALAN E. KLEINBURD
CLARE WUERKER
BENJAMIN C. WEI
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2875
Facsimile: (202) 307-3852
E-mail: Benjamin.C.Wei@usdoj.gov
Attorneys for the United States of America
```

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>ex rel. MARIO RIZZO,<br><br>            Plaintiff,<br><br>     vs.<br><br>HORIZON LINES, LLC, a Delaware Limited Liability Company; and MATSON NAVIGATION COMPANY, Inc., a Hawaii Corporation,<br><br>            Defendants | Case No.: 10-CV-7409 PA (AJW)<br><br>**UNITED STATES' CONSENT REQUEST FOR EXTENSION OF TIME TO REVIEW THE PROPOSED SETTLEMENTS** |

**UNITED STATES' CONSENT REQUEST FOR**
**EXTENSION OF TIME TO REVIEW THE PROPOSED SETTLEMENTS**

   The United States respectfully requests, with the consent of the Relator and Defendants Horizon Lines, LLC ("Horizon") and Matson Navigation Company, Inc. ("Matson") to postpone the June 23, 2014 deadline set by the Court in its Minute Order (Dkt. No. 132) for counsel to place the settlement on the record by twenty-one (21) days to allow the United States time to evaluate the proposed settlements.

   The United States has a right to a hearing on any objection it might have to the terms and conditions of a proposed settlement in a declined qui tam under the False Claims Act, 31 U.S.C. § 3730.  *See, United States ex rel.* Killingsworth v. Northrop Corp., 25 F.3d 715, 725 (9th Cir. 1994).  The United States received a

1

proposed formal written settlement agreement between the Plaintiff and Horizon, to which the United States would be a party, on June 16, 2014. The United States is currently evaluating the proposed settlements (both the proposed settlement between the Plaintiff and Horizon and the separate proposed agreement between the Plaintiff and Matson) to determine whether the United States will (or will not) "object[] with good cause." Id. The United States expects this process to be completed shortly. Accordingly, the United States respectfully requests this Court briefly postpone the June 23, 2014 deadline set by its Minute Order (Dkt. No. 132) for counsel to place the settlement on the record to July 14, 2014, which would be an extension of twenty-one (21) days.

    Respectfully presented to the Court with this Request is a proposed order.

Dated: 20 June 2014

                                      Respectfully submitted,
MICHAEL D. GRANSTON
Director, Civil Fraud Section
ALAN E. KLEINBURD
Assistant Director, Civil Fraud Section
BENJAMIN C. WEI
Trial Attorney, Civil Fraud Section
By: __/S/_____
Clare Wuerker
Benjamin C. Wei
Attorneys for the
United States of America