GOODIN, MACBRIDE, SQUERI,
   DAY & LAMPREY, LLP
Wayne T. Lamprey, Bar No. 095408
   wlamprey@goodinmacbride.com
Anne Hayes Hartman, Bar No. 184556
   ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

Attorneys for Plaintiff-Relator
Mario Rizzo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Mario RIZZO,<br><br>Plaintiffs,<br><br>v.<br><br>HORIZON LINES, LLC, et al.,<br><br>Defendants. | Case No. 10-CV-7409 PA (AJWx)<br><br>**STIPULATION FOR DISMISSAL OF CAUSES OF ACTION AGAINST MATSON NAVIGATION COMPANY, INC., WITH PREJUDICE PURSUANT TO SETTLEMENT** |

WHEREAS, Plaintiff Mario Rizzo ("Plaintiff") filed his initial complaint in this action on October 4, 2010, pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b);

WHEREAS, the United States declined to intervene on May 10, 2013, and has not participated as a party in this action;

WHEREAS, the operative Second Amended Complaint was filed by Plaintiff on August 23, 2013 (Dkt. No. 76);

WHEREAS, Matson Navigation Company, Inc. ("Matson") was named as a defendant and moved to dismiss the Second Amended Complaint, which motion was denied by this Court on October 28, 2013 (Dkt. No. 106);

WHEREAS, Matson has not filed a counterclaim in this action;

WHEREAS, the Court issued a Scheduling Order on November 6, 2013 (Dkt. No. 111) and the parties proceeded with discovery;

WHEREAS, Matson and Plaintiff reached agreement on the material terms of a settlement in a private mediation with Judge Layn Phillips (Ret.) on February 14, 2014, and proceeded thereafter to document their settlement;

WHEREAS, a formal written settlement agreement between Plaintiff and Matson has been finalized and executed ("Settlement Agreement");

WHEREAS, the United States is also a party to the Settlement Agreement, and has consented to its terms;

WHEREAS, the Settlement Agreement requires dismissal of all claims against Matson with prejudice;

WHEREAS, the False Claims Act, 31 U.S.C. § 3730(b)(1), states that an action brought under it "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting";

WHEREAS, a written Notice of Consent from the United States is attached as Exhibit A hereto;

WHEREAS, Plaintiff and the United States agree that the settlement is fair, adequate, and reasonable under all the circumstances, pursuant to 31 U.S.C. § 3730(c)(2)(B); and,

WHEREAS, the Settlement Agreement provides that the exclusive jurisdiction and venue for any dispute relating to the Settlement Agreement shall be this Court;

IT IS HEREBY STIPULATED by and between Plaintiff and Matson, by and through their respective counsel, that:

The undersigned jointly request that Plaintiff's claims against Matson shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

This Court shall retain jurisdiction over any dispute relating to the Settlement

1 | Agreement.

2 | Dated:     July 18, 2014                    GOODIN, MACBRIDE, SQUERI,
                                                DAY & LAMPREY, LLP

By: */s/ Anne Hayes Hartman*
Anne Hayes Hartman
Attorneys for Plaintiff-Relator
Mario Rizzo

I, Anne Hayes Hartman, as filer of this Stipulation, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized the filing.

Dated:     July 18, 2014                    GIBSON, DUNN & CRUTCHER LLP

By: */s/ Winston Y. Chan*
Winston Y. Chan
Attorneys for Defendant
Matson Navigation Company, Inc.

3405/001/X164269.v1

## NOTICE OF CONSENT

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America ("United States") notifies the Court that it consents to the dismissal with prejudice of defendant Matson Navigation Company, Inc. ("Matson") in the matter *United States ex rel. Rizzo v. Horizon Lines LLC, et al.*, Case No. CV 10-7409 (AJWx). The United States agrees that the settlement entered into between the United States, Matson, and plaintiff Mario Rizzo is fair, adequate, and reasonable under all the circumstances, pursuant to 31 U.S.C. § 3730(c)(2)(B).

By: _____
BENJAMIN C. WEI
Trial Attorney, Civil Division,
Commercial Litigation Branch

MICHAEL D. GRANSTON
Director, Civil Division,
Commercial Litigation Branch

ALAN E. KLEINBURD
Assistant Director, Civil Division,
Commercial Litigation Branch

Attorneys for the United States of America

3409/001/X164271.v1