JS-6

GOODIN, MACBRIDE, SQUERI,
  DAY & LAMPREY, LLP
Wayne T. Lamprey, Bar No. 095408
  wlamprey@goodinmacbride.com
Anne Hayes Hartman, Bar No. 184556
  ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:  (415) 392-7900
Facsimile:   (415) 398-4321

Attorneys for Plaintiff-Relator
Mario Rizzo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Mario RIZZO,<br><br>       Plaintiffs,<br><br>v.<br><br>HORIZON LINES, LLC, et al.,<br><br>       Defendants. | Case No. 10-CV-7409 PA (AJWx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ALL CAUSES OF ACTION AGAINST HORIZON LINES, LLC, WITH PREJUDICE |

The Court, upon the Stipulation of Plaintiff Mario Rizzo ("Plaintiff") and Defendant Horizon Lines, LLC ("Horizon"), and having considered the Consent of the United States to the requested dismissal of Horizon, and good cause appearing,

IT IS HEREBY ORDERED:

   1. All causes of action against Horizon are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: __8/5/14__              _[signature]_
                                                           Judge of the United States District Court

*Court declines to retain jurisdiction to enforce the settlement agreement.*

3405/001/X164460.v1

| Case No. 10-CV-7409 PA (AJWx) | - 1 - | ORDER DISMISSING HORIZON WITH PREJUDICE |